**Order filed September 27, 2017 Withdrawn; Order filed September 27, 2017.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-17-00598-CV

———————

## IN THE INTEREST OF F.E.G., CHILD

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2011-00355J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The reporter's record in this case was due September 22, 2017. The court has not received a request to extend time for filing the record. The record has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). The trial and appellate courts are jointly responsible for ensuring that the appellate record is

timely filed. *See* Tex. R. App. P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

On September 27, 2017, we ordered appellant to file a brief within twenty days due to the court reporter's indication that a balance on the reporter's record was still outstanding. However, the court reporter's September 25, 2017 notice also indicates appellant has made arrangements to pay for the record. *See* Tex. R. App. P. 35.3(b). Because the reporter's record has not been filed timely in this accelerated appeal and appellant has made arrangements to pay for the record, we withdraw our order of September 27, 2017 ordering appellant to file a brief. *See* Tex. R. App. P. 37.3(c)(2)(A). We issue the following order:

We order Monica Grassmuck, the official court reporter, to file the record in this appeal **on or before October 7, 2017.** If Monica Grassmuck does not timely file the record as ordered, the court will issue an order requiring her to appear at a hearing to show cause why the record has not been timely filed and why she should not be held in contempt of court for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM